# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TEVRA BRANDS LLC,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC, et al.,<br><br>Defendants. | Case No. 19-cv-04312-BLF<br><br>**ORDER REFERRING MOTION TO MAGISTRATE JUDGE; VACATING HEARING DATE**<br><br>[RE: ECF 26; 30] |

Bayer Healthcare LLC's Motion for Entry of Confidentiality Order (ECF 26) is REFERRED to Judge DeMarchi. The hearing scheduled for February 27, 2020 before the undersigned is VACATED. The parties' Stipulation with Proposed Order to Extend Time for Plaintiff to Respond to Defendants' Motion for Entry of Confidentiality Order (ECF 30) is also REFERRED to Judge DeMarchi.

**IT IS SO ORDERED.**

Dated: October 8, 2019

_____
BETH LABSON FREEMAN
United States District Judge