United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TEVRA BRANDS LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BAYER HEALTHCARE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-04312-BLF<br><br>**ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE TO DECEMBER 10, 2019 AT 2:00 PM** |

　　　The initial case management conference is RESET from December 12, 2019 at 11:00 a.m. to **December 10, 2019 at 2:00 p.m**. Counsel may appear telephonically by contacting Court Call Phone Conferencing at (866) 582-6878 in advance of the conference.

　　　**IT IS SO ORDERED.**

Dated: November 22, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge