# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TEVRA BRANDS LLC,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC, et al.,<br><br>Defendants. | Case No. 19-cv-04312-BLF<br><br>**ORDER RESETTING HEARING ON BAYER HEALTHCARE LLC'S MOTION TO DISMISS TO MARCH 26, 2020 AT 9:00 AM**<br><br>[Re: ECF 25] |

A hearing for Bayer Healthcare LLC's ("Bayer") Motion to Dismiss (ECF 25) is currently set on February 27, 2020 at 9:00 a.m. On February 10, 2020, Plaintiff filed a Motion for Leave to File First Amended Complaint. ECF 79. In the interest of judicial economy and to avoid unnecessary travel costs for the counsel, the Court hereby RESETS the hearing for Bayer's motion to dismiss to **March 26, 2020 at 9:00 a.m**. By then, the Court will have the benefit of the complete set of briefs in Plaintiff's motion for leave.

**IT IS SO ORDERED.**

Dated: February 14, 2020

_____
BETH LABSON FREEMAN
United States District Judge