United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6                                SAN JOSE DIVISION

7

8    TEVRA BRANDS LLC,                      Case No.  19-cv-04312-BLF (VKD)

             Plaintiff,
9
                                           **ORDER RE DISCOVERY DISPUTE RE**
10        v.                               **TEVRA'S DOCUMENT REQUESTS TO**
                                           **BAYER HEALTHCARE**
11   BAYER HEALTHCARE LLC, et al.,
                                           Re: Dkt. No. 121
12           Defendants.

13

14        Plaintiff Tevra Brands LLC ("Tevra") and defendant Bayer HealthCare LLC ("BHC") ask

15   the Court to resolve their dispute regarding several of Tevra's document requests to BHC.  Dkt.

16   No. 121.  The Court held a hearing on this matter on July 14, 2020.  Dkt. No. 125.

17        The Court orders as follows:

18        **1.       Requests Nos. 19 and 20**

19        Tevra's Requests Nos. 19 and 20 seek "all organizational charts" and "all job descriptions"

20   created by BHC with respect to certain job functions.  Dkt. No. 121-1 at 8-9.  Tevra argues that

21   organizational charts and job descriptions maintained by BHC's German co-defendants, Bayer AG

22   and Bayer Animal Health GmbH, are within BHC's possession, custody or control and should be

23   produced.  Dkt. No. 121 at 2-3.  BHC says that it does not have possession, custody or control of

24   charts and descriptions maintained by Bayer AG or Bayer Animal Health GmbH.  *Id.* at 6.

25        During the hearing, the Court observed that Requests Nos. 19 and 20 appear to be directed

26   to charts and job descriptions created by BHC only and not by the two German defendants.

27   Moreover, Tevra acknowledged that it could seek discovery of organizational charts and job

28   descriptions directly from defendants Bayer AG and Bayer Animal Health GmbH.  Accordingly,

1    Tevra has withdrawn its request for an order compelling production of additional documents from

2    BHC as to Requests Nos. 19 and 20, and the Court finds that this dispute is moot.

3            **2.      Requests Nos. 27-31**

4            Tevra's Requests Nos. 27-31, collectively, seek broad discovery of all documents

5    regarding a proposed transaction between Elanco Animal Health, Inc. and Bayer AG.  However, in

6    the discovery dispute letter, Tevra advises that it principally seeks "documents produced by Bayer

7    to the FTC regarding its proposed sale of the Bayer Animal Health division of the U.S. defendant

8    BHC" to Elanco and "representations made" by Bayer to the FTC about the proposed sale.  *Id.* at

9    3.  Tevra argues that these documents are relevant to the issue of market definition, as they likely

10   include representations by Bayer and Elanco about the nature of the market for flea and tick

11   treatments, which is also at issue in this action.  Tevra again argues that any responsive documents

12   maintained by either of the two German defendants are within the possession, custody or control

13   of BHC, a domestic subsidiary of Bayer AG.  *Id.* at 3-4.  BHC acknowledges that it has some

14   documents related to the proposed Elanco transaction but that many responsive documents,

15   "including the HSR filing sought by Tevra," are not in BHC's possession, custody or control, as

16   those documents likely are maintained by Bayer AG.  BHC also objects to the breadth of Requests

17   Nos. 27-31 as encompassing material that is not relevant to any claim or defense.  *Id.* at 7-8.

18           The Court concludes that representations made and documents produced by a Bayer entity

19   to the FTC regarding Bayer AG's proposed sale of the Bayer Animal Health division to Elanco are

20   likely to include information relevant the definition of the market at issue in this action.  However,

21   Tevra has not shown that it should be permitted to obtain documents responsive to the full scope

22   of Requests Nos. 27-31.  In addition, Tevra has not demonstrated that BHC has the legal right to

23   obtain responsive documents upon demand from Bayer AG or Bayer Animal Health GmbH.  *See*

24   *In re Citric Acid Litigation*, 191 F.3d 1090, 1107-08 (9th Cir. 1999) (adopting legal control test).

25           Accordingly, BHC must produce only documents reflecting or constituting representations

26   made and documents produced by a Bayer entity to the FTC regarding Bayer AG's proposed sale

27   of the Bayer Animal Health division to Elanco that are within BHC's possession, custody or

28   control.  Documents maintained solely by Bayer AG and Bayer Animal Health GmbH are not

United States District Court
Northern District of California

2

1    within BHC's possession, custody or control.  If BHC has not yet completed this production, it

2    shall do so promptly.  If BHC contends that any documents within the scope of this order are

3    privileged or otherwise protected from disclosure, it shall provide an appropriate privilege log to

4    preserve any such objections to production.

5        **IT IS SO ORDERED.**

6    Dated: July 16, 2020

7

8

9                                VIRGINIA K. DEMARCHI
                                United States Magistrate Judge

United States District Court
Northern District of California

3