DANIEL B. ASIMOW (Bar No. 165661)
daniel.asimow@arnoldporter.com
SEAN M. CALLAGY (Bar No. 255230)
sean.callagy@arnoldporter.com
ANDREW S. HANNEMANN (Bar No. 322400)
andrew.hannemann@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    415.471.3100
Facsimile:    415.471.3400

SONIA K. PFAFFENROTH (Bar No. 223984)
sonia.pfaffenroth@arnoldporter.com
LAURA S. SHORES (appearance *pro hac vice*)
laura.shores@arnoldporter.com
KATHERINE E. CLEMONS (appearance *pro hac vice*)
katherine.clemons@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone:    202.942.5000
Facsimile:    202.942.5999

Attorneys for Defendants
BAYER ANIMAL HEALTH GmbH and BAYER AG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TEVRA BRANDS, LLC,<br><br>       *Plaintiff*,<br><br>    v.<br><br>BAYER HEALTHCARE LLC, BAYER ANIMAL HEALTH GmbH, and BAYER AG,<br><br>       *Defendants*. | Case No. 5:19-cv-04312-BLF<br><br>**DECLARATION OF TIM SCHAPKER IN SUPPORT OF TEVRA BRANDS, LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO DEFENDANTS BAYER AG AND BAYER ANIMAL HEALTH GMBH'S MOTION TO DISMISS FIRST AMENDED COMPLAINT AND EXHIBITS THERETO**<br><br>Judge:    Hon. Beth Labson Freeman |

I, Tim Schapker, declare as follows:

1. I am counsel for Bayer HealthCare LLC ("Bayer"). I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Tevra Brands, LLC's Administrative Motion for Leave to File Under Seal Portions of Its Opposition to Defendants Bayer AG and Bayer Animal Health GmbH's Motion to Dismiss First Amended Complaint and Exhibits Thereto.

2. I have reviewed the following documents and confirmed that the exhibits and portions of Tevra's Opposition identified below merit sealing:

| Document | Portion(s) to Seal | Reasons(s) for Sealing |
|---|---|---|
| Exhibits H-X to the Declaration of Daniel D. Owen in Support of Plaintiff's Opposition | Entire documents | Exhibits H-X to the Declaration of Daniel D. Owen in Support of Tevra's Opposition contain information that has been designated as either "Highly Confidential - Attorneys' Eyes Only" or "Confidential" by Bayer. *See* Schapker Decl. ¶ 3. These documents contain highly confidential, sensitive business information of Bayer and Bayer's customers. *See* Schapker Decl. ¶ 4. |
| Plaintiff's Opposition | Highlighted portions at page 6, lines 17-18; page 7, lines 2-3, 5-7, 9-16; page 8, lines 6-10, 12-27; page 9, lines 2-10, 12-14, 16-18, 24-27; page 10, lines 1, 5-6; and page 13, lines 17-19. | The highlighted portions at page 6, lines 17-18; page 7, lines 2-3, 5-7, 9-16; page 8, lines 6-10, 12-27; page 9, lines 2-10, 12-14, 16-18, 24-27; page 10, lines 1, 5-6; and page 13, lines 17-19 contain information that has been designated as either "Highly Confidential - Attorneys' Eyes Only" or "Confidential" by Bayer. *See* Schapker Decl. ¶ 3. These portions contain highly confidential, sensitive business information of Bayer and Bayer's customers. *See* Schapker Decl. ¶ 4. |

3. Exhibits H-X to the Declaration of Daniel D. Owen in Support of Tevra Brands, LLC's Opposition to Defendants Bayer AG and Bayer Animal Health GmbH's Motion to Dismiss

1  First Amended Complaint and the highlighted portions of Tevra's Opposition contain information
2  that Bayer has designated as either "Highly Confidential – Attorneys' Eyes Only" or "Confidential"
3  under the protective order entered in this case.

4      4.    These exhibits and the highlighted portions of Tevra's Opposition that reference these
5  exhibits contain highly confidential, sensitive business information of Bayer and Bayer's customers
6  relating to Bayer's agreements, pricing arrangements with retailers, sales and product strategy, and
7  competitive analysis. This highly confidential information is not publicly known, and its
8  confidentiality is strictly maintained.  If this information were made public, Bayer's competitors and
9  counterparts would have insight into how Bayer structures its business arrangements, allowing them
10 to modify their own business strategy.  Bayer's competitive standing and relationships with its
11 customers could be significantly harmed.  In particular:

- Exhibit H contains a highly confidential communication between Bayer and one of its customers regarding product rebates;
- Exhibit I contains highly confidential discussion between Bayer employees regarding one of Bayer's customers and Bayer's discount policies;
- Exhibit J contains a highly confidential declaration that was filed under seal in a separate litigation. *See Bayer Intellectual Prop. GmbH et al. v. CAP IM Supply, Inc.*, No. 1:17-cv-00591-RGA, ECF No. 8;
- Exhibits K and L are internal company presentations containing highly sensitive information regarding Bayer retail strategy and competitive analysis;
- Exhibits M, U, and V contain highly confidential discussion between Bayer employees regarding research studies carried out by Bayer;
- Exhibits N and X contain highly confidential discussion of Bayer sales performance;
- Exhibits O, P, S, T, and W contain highly confidential discussion between Bayer employees regarding product, sales, and marketing strategy; and
- Exhibits Q and R contain highly confidential discussion between Bayer employees regarding competition to Bayer products.

5. Bayer is also subject to contractual restrictions that require Bayer to maintain the confidentiality of its customers' information, including sensitive information regarding customers' products and businesses. Bayer has received consent from customers to produce their information for purposes of this litigation only on a highly confidential basis.

6. Tevra's request is narrowly tailored to sealing Bayer confidential documents and those portions of Tevra's Opposition that merit sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of July, 2020 in Shawnee, Kansas.

*/s/ Tim Schapker*
Tim Schapker