# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TEVRA BRANDS LLC,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC, et al.,<br><br>Defendants. | Case No. 19-cv-04312-BLF<br><br>**ORDER DIRECTING PARTIES TO SUBMIT STIPULATED PROPOSED REDACTIONS TO THE COURT'S ORDER OF JANUARY 6, 2022 ON OR BEFORE JANUARY 12, 2022** |

On January 6, 2022, the Court issued and conditionally sealed its Order Denying Defendants' 12(b)(6) Motion to Dismiss the Second Amended Complaint and Granting Defendants' 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction. *See* ECF No. 231. The Order references materials that were filed under seal in this case. To give the parties an opportunity to request redactions to the Order, the Court directs the parties to submit a stipulated request for redactions (or indicate that no redactions are requested) **on or before January 12, 2022**.

**IT IS SO ORDERED.**

Dated: January 6, 2022

_____
BETH LABSON FREEMAN
United States District Judge