COLBY B. SPRINGER (SBN 214868)
cspringer@polsinelli.com
POLSINELLI LLP
Three Embarcadero Center, Ste. 2400
San Francisco, CA 94111
T:  415-248-2100
F:  415-248-2101

DANIEL D. OWEN (*Admitted Pro Hac Vice*)
dowen@polsinelli.com
G. GABRIEL ZOROGASTUA (*Admitted Pro Hac Vice*)
gzorogastua@polsinelli.com
POLSINELLI PC
900 W. 48TH Place, Ste. 900
Kansas City, MO 64112
T:  816-753-1000
F:  816-753-1536

MITCHELL RAUP (*Admitted Pro Hac Vice*)
mraup@polsinelli.com
POLSINELLI PC
1401 Eye ("I") Street
N.W., Ste. 800
Washington, DC 20005
T:  202-783-3300
F:  202-783-3535

Attorneys for Plaintiff
TEVRA BRANDS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TEVRA BRANDS, LLC,<br><br>    *Plaintiff*,<br><br> v.<br><br>BAYER HEALTHCARE LLC, and BAYER ANIMAL HEALTH GmbH, and BAYER AG,<br><br>    *Defendants*. | Case No. 5:19-cv-04312-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING CASE DEADLINES** |

1    Plaintiff Tevra Brands, LLC ("Tevra") and Defendant Bayer HealthCare LLC
2    (collectively, "the Parties"), by and through their respective attorneys of record herein, enter into
3    this Stipulation with reference to the following circumstances:
4    WHEREAS, the parties are still in the process of taking fact depositions and anticipate that
5    they will take longer than February 10, 2023 to complete them;
6    WHEREAS, the parties are still completing aspects of document discovery, and meeting-
7    and-conferring concerning outstanding document and data requests, including from the parties
8    themselves and related third parties that have recently responded to subpoenas, and expect to
9    resolve the majority, if not all of these without intervention by the Court given a reasonable
10   extension of the discovery period;
11   WHEREAS, the current Joint Stipulation and Order Setting Case Deadlines as Modified
12   by the Court [ECF No. 242] sets dates for fact and expert discovery, dispositive motions (including
13   *Daubert*), a final date to hear dispositive motions, a Final Pretrial Conference, and scheduled the
14   start of trial for July 22, 2024;
15   WHEREAS, the parties request in this Stipulation and Proposed Order Setting Case
16   Deadlines that the Court partially modify the current schedule by extending the dates for fact and
17   expert discovery, but the parties are not requesting a modification to the other dates in ECF No.
18   242, and thus are not requesting any modification of deadlines for submissions to the Court; and
19   WHEREAS, the parties are in agreement with the proposed schedule that follows and
20   jointly request that the Court enter this modified schedule in the case;
21   NOW THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE to the
22   following schedule to trial:

| EVENT | CURRENT DATES | PROPOSED DATES |
| --- | --- | --- |
| Fact Depositions Completed | February 10, 2023 | March 17, 2023 |
| Tevra Opening Expert Reports | March 17, 2023 | April 7, 2023 |
| Bayer Expert Reports | April 21, 2023 | May 12, 2023 |

| EVENT | CURRENT DATES | PROPOSED DATES |
|---|---|---|
| Tevra Rebuttal Expert Reports | May 26, 2023 | June 16, 2023 |
| Expert Discovery Closes/Expert Depositions Completed | June 30, 2023 | July 21, 2023 |
| Dispositive Motions (including *Daubert*) | November 10, 2023 | November 10, 2023 |
| Opposition to Dispositive Motions | December 15, 2023 | December 15, 2023 |
| Reply to Dispositive Motions | January 12, 2024 | January 12, 2024 |
| Last Day to Hear Dispositive Motions | March 21, 2024 | March 21, 2024 |
| Pretrial Meet and Confer | April 16, 2024 | April 16, 2024 |
| Joint Pretrial Conference Statement, | May 16, 2024 | May 16, 2024 |
| Joint Proposed Jury Instructions, Voir Dire, and Verdict Form | May 30, 2024 | May 30, 2024 |
| Final Pretrial Conference | June 13, 2024 | June 13, 2024 |
| Jury Selection | July 19, 2024 | July 19, 2024 |
| Trial | July 22, 2024 | July 22, 2024 |

**IT IS SO STIPULATED.**

Dated:  January 13, 2023

Respectfully Submitted,

**POLSINELLI LLP**

By:  */s/ Daniel D. Owen*
         DANIEL D. OWEN

Attorney for Plaintiff
TEVRA BRANDS LLC

Dated: January 13, 2023

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:   /s/ Daniel B. Asimow
      DANIEL B. ASIMOW

Attorney for Defendant
BAYER HEALTHCARE LLC

**SIGNATURE ATTESTATION**

I, Daniel D. Owen, am the ECF user whose user ID and password are being utilized to electronically file this **STIPULATION AND [PROPOSED] ORDER SETTING CASE DEADLINES**. Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: January 13, 2023     Respectfully Submitted,

**POLSINELLI LLP**

By:  */s/ Daniel D. Owen*
     DANIEL D. OWEN

Attorney for Plaintiff
TEVRA BRANDS LLC

# ORDER

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulation is approved.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 17, 2023

_____
THE HONORABLE BETH LABSON FREEMAN
United States District Judge