# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

TEVRA BRANDS LLC,

        Plaintiff,

    v.

BAYER HEALTHCARE LLC, et al.,

        Defendants.

Case No.  19-cv-04312-BLF

**ORDER ADMONISHING PLAINTIFF REGARDING COMPLIANCE WITH STANDING ORDERS**

[Re:  ECF No. 301, 302]

Plaintiff has submitted oppositions to Defendant's motions to exclude, ECF Nos. 301, 302, that fail to comply with this Court's standing orders because they contain single-spaced block quotes.  *See* Standing Order re Civil Cases § IV.E.

The Court will accept the nonconforming filing and DIRECTS Plaintiff to comply with the Court's standing order for all future filings.

Dated: February 23, 2024

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California