# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TEVRA BRANDS LLC,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC, et al.,<br><br>Defendants. | Case No. 19-cv-04312-BLF<br><br>**ORDER REGARDING SUMMARY JUDGMENT HEARING** |

On January 31, 2024, the Court granted the parties' Joint Request For An In-Person Hearing regarding the upcoming summary judgment hearing set for March 21, 2024. ECF No. 295. The Court previously advised the parties that it would limit the argument time "due to the number of other motions set that day." *Id.*

The Court now advises the parties that other matters on calendar that day have resolved. Thus, the Court will have ample time to hear full argument on the motion for summary judgment without the time limit previously set.

**IT IS SO ORDERED.**

Dated: March 1, 2024

_____
BETH LABSON FREEMAN
United States District Judge