UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL**: 4 Hours 43 Minutes

## CIVIL MINUTES - JURY TRIAL

**Judge:** Beth Labson Freeman  **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:** 7/31/2024  **Court Reporter:** Irene Rodriguez
**Case No:** 5:19-cv-04312-BLF

### TEVRA BRANDS LLC v. BAYER HEALTHCARE LLC, et al

**Attorney(s) for Plaintiff(s):** Daniel Owen, Emily McNally, Colby Springer, Miya Yusa, Iqra Iqbal, Patrick Wooley
**Attorney(s) for Defendant(s):** Daniel Asimow, Meredith Osborn, Sean Callagy, Jee Heun Kahng, Andrew Hannemann

### PROCEEDINGS

Please See Trial Log Attached

### ORDER AFTER HEARING

Further Jury Deliberations set for 8/1/2024 at 9:00 a.m.

///

*signature*
Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 5:19-cv-04312-BLF          Case Name:   Tevra Brands LLC v. Bayer HealthCare LLC, et al

### EXHIBIT and WITNESS LIST

| JUDGE: Beth Labson Freeman | REPORTER(S): Irene Rodriguez | CLERK: Tiffany Salinas-Harwell |
|---|---|---|

**TRIAL DATE: 7/31/2024** Day 8 Pg.1

| PLF NO | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:17 | | | Jury Seated/Call to Order | |
| | | 9:17 | | | Jury Instructions Read | |
| | | 10:19 | | | Recess | |
| | | 10:30 | | | Jury Seated/Call to Order | |
| | | 10:33 - 11:43 | | | Plaintiff Closing Arguments | |
| | | 11:44 | | | Lunch Recess | |
| | | 12:50 | | | Jury Seated/Call to Order | |
| | | 12:51 – 2:16 | | | Defense Closing Arguments | |
| | | 2:16 | | | Recess | |
| | | 2:27 | | | Jury Seated/Call to Order | |
| | | 2:28 – 2:48 | | | Plaintiff Final Closing Arguments | |
| | | 2:48 | | | Final Jury Instructions Read | |
| | | 2:57 | | | Jury Deliberation Procedures | |
| | | 3:16 | | | Jury Begins Deliberations | |
| | | 3:16 | | | Disccisions held outside the presence of the jury | |
| | | 3:20 | | | Court Recesses for Deliberations | |
| | | | | | **Exhibit Verification and Update** | |
| | | | | | Exhibit # 1012 Received and Admitted into Evidence on 7/23/2024 | |
| | | /// | | | /// | |