UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TIME TOTAL:** Hours 13 Minutes

## CIVIL MINUTES - JURY TRIAL

**Judge:** Beth Labson Freeman  **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:** 8/1/2024  **Court Reporter:** Irene Rodriguez
**Case No:** 5:19-cv-04312-BLF

### TEVRA BRANDS LLC v. BAYER HEALTHCARE LLC, et al

**Attorney(s) for Plaintiff(s):** Daniel Owen, Emily McNally, Colby Springer, Miya Yusa, Iqra Iqbal, Patrick Wooley
**Attorney(s) for Defendant(s):** Daniel Asimow, Meredith Osborn, Sean Callagy, Jee Heun Kahng, Andrew Hannemann

### PROCEEDINGS

Please See Trial Log Attached


///

*Tiffany Salinas-Harwell*
Courtroom Deputy
Original: **E-Filed**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**Case No:** 5:19-cv-04312-BLF        **Case Name:**   Tevra Brands LLC v. Bayer HealthCare LLC, et al

## EXHIBIT and WITNESS LIST

| **JUDGE:** Beth Labson Freeman | **REPORTER(S):** Irene Rodriguez | **CLERK:** Tiffany Salinas-Harwell |
|---|---|---|

**TRIAL DATE:** 8/1/2024 **Day 9 Pg.1**

| PLF NO | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:05 | | | Jury Deliberations Continue | |
| | | 10:21 | | | Received Jury Note # 1 | |
| | | 10:25 | | | Counsel Contacted Regarding Jury Note # 1 | |
| | | 10:35 | | | All Parties Agree on Response to Jury Note # 1 | |
| | | 10:37 | | | Response to Jury Note # 1 Delivered to Jury | |
| | | 10:40 | | | Jury Recess | |
| | | 11:04 | | | Jury Deliberations Continue | |
| | | 12:00 | | | Jury Lunch Recess | |
| | | 1:00 | | | Jury Deliberations Continue | |
| | | 2:05 | | | Jury Recess | |
| | | 2:20 | | | Jury Deliberations Continue | |
| | | 2:26 | | | Jury notifies the Court that a verdict has been reached | |
| | | 2:45 | | | Jury Seated/Call to Order | |
| | | 2:47 | | | Jury Verdict Read | |
| | | 2:50 – 2:51 | | | Side Bar Held | |
| | | 2:51 | | | The Court Addresses Jury for Service | |
| | | 2:52 | | | Jury Excused from Service | |
| | | 2:56 | | | Recess | |
| | | 3:14 | | | Call to Order | |
| | | 3:16 | | | Court Adjourned | |